# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**SHELDON A. JASON (#611373)**

**VERSUS**

**STATE OF LOUISIANA, ET AL.**

CIVIL ACTION

NO. 17-290-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated February 8, 2018, to which an objection was filed:

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is denied, with prejudice, as untimely.

**IT IS FURTHER ORDERED** that, in the event that the petitioner seeks to pursue an appeal, a certificate of appealability shall be denied.

Signed in Baton Rouge, Louisiana, on <u>February 23, 2018</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**